**UNITED STATES DISTRICT COURT**        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**        **MINUTE ORDER**

BEFORE:     A. KATHLEEN TOMLINSON       DATE:     <u>5/4/11</u>
             U.S. MAGISTRATE JUDGE         TIME:     <u>2:00 PM</u>

      *Passafiume -v- National Recovery Agency, Inc.*, **CV-10-796  (AKT)**

TYPE OF CONFERENCE:       <u>FAIRNESS HEARING</u>

APPEARANCES:     Plaintiff      Joseph Mauro

                  Defendant     Douglas G. Tischler

THE FOLLOWING RULINGS WERE MADE:

     The Court conducted the Fairness Hearing and the rulings were placed on the record.  No objectors appeared at the conference.  The final order approving the class action settlement will be entered separately.

                 SO ORDERED

                 <u>/s/ A. Kathleen Tomlinson</u>
                 A. KATHLEEN TOMLINSON
                 U.S. Magistrate Judge